[45 NE3d 623, 24 NYS3d 583]

In the Matter of ROKHAYA CISSE, Appellant, v CHRISTOPHER GRAHAM, Respondent. (Proceeding No. 1.)

In the Matter of CHRISTOPHER GRAHAM, Respondent, v ROKHAYA CISSE, Appellant. (Proceeding No. 2.)

Argued January 7, 2016; decided January 14, 2016

## APPEARANCES OF COUNSEL

*Law Offices of Barry J. Fisher, P.C.*, Garden City (*Barry J. Fisher* of counsel), for appellant.

*Larry S. Bachner, P.C.*, Jamaica (*Larry S. Bachner* of counsel), for respondent.

*Marc E. Strauss*, Jamaica, Attorney for the Child.

## OPINION OF THE COURT

Order affirmed, with costs. Record evidence exists to support the affirmed findings of fact upon which the modification of the child custody award was predicated.

Concur: Acting Chief Judge PIGOTT and Judges RIVERA, ABDUS-SALAAM, STEIN and FAHEY.